# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRANCE KEITH NORMAN, | Case No. EDCV 08-0319-AHM (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J.F. SALAZAR, ET AL., | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: Sept. 16, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE